AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocations (Rev. USAO 10/2004)
Sheet 1

# UNITED STATES DISTRICT COURT

WESTERN District of WASHINGTON

UNITED STATES OF AMERICA
V.

DAVID FRANKLIN BEUTLER

**JUDGMENT IN A CRIMINAL CASE**
(For Revocation of Probation or Supervised Release)

Case Number: CR00-214
USM Number: 29874-086

LINDA R. SULLIVAN, AFPD
Defendant's Attorney

**THE DEFENDANT:**

☒ admitted guilt to violation numbers  1, 2 and 3 of the conditions  of his term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failing to submit to urine testing in violation of special condition # 3. | 01/11/2005 |
| 2 | Failing to submit monthly reports within the first five days of every month for the months of Oct., Nov., Dec., 2004 and Jan. 2005, in violation of standard cond. # 2 | 01/2005 |
| 3 | Failing to make minimum monthly restitution payments totaling 10% of his gross monthly income, in violation of special condition # 10 | 12/2003 |

The defendant is sentenced as provided in pages 2 through __5__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec.: XXX-XX-5351
(Last four digits only)
Defendant's Date of: XX-XX-1969

Defendant's Residence Address:
Kent, WA

Defendant's Mailing Address:
same as above

KATHRYN A. WARMA
Assistant United States Attorney

September 30, 2005
Date of Imposition of Judgment

Signature of Judge

THE HONORABLE RONALD B. LEIGHTON
Name and Title of Judge

September 30, 2005
Date

00-CR-00214-JGM

AO 245D    (Rev. 12/03 Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

Judgment — Page    2    of    5

DEFENDANT:       BEUTLER, DAVID F.
CASE NUMBER:     CR00-214

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :    ONE YEAR AND A DAY

☐ The court makes the following recommendations to the Bureau of Prisons:

*Court recommends placement in a facility in Arizona.*

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____ .
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

Judgment — Page 3 of 5

DEFENDANT: BEUTLER, DAVID F.
CASE NUMBER: CR00-214

## CRIMINAL MONETARY PENALTIES

The defendant must pay the following total criminal monetary penalties under the schedule of payments set forth on Sheet 6.

|        | Assessment | Fine | Restitution |
|--------|------------|------|-------------|
| TOTALS | $ paid     | $    | $ 14,855.29 less amt paid |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Wells Fargo Bank<br>999 3rd Avenue<br>MAC # P6540-044<br>Seattle, WA 98104<br>RE: 017-296-00-25-1721 | $825.00 | $825.00 | 5% |
| Bank of America<br>1825 E. Buckeye Road, #4162<br>Mailcode: AZ9-505-0302<br>Phoenix, AZ 85034 | | | |
| Act # 5300-0032-6033-3026 | $5,411.36 | $5,411.36 | 69% |
| Act # 4023-0102-2027-0023 | $95.02 | $95.02 | |
| Act # 4023-0276-2059-1170 | $4,695.34 | $4,695.34 | |

SEE PAGE 4
FOR CONTINUATION

| TOTALS | $ 14,855.29 less amt pd | $ 14,855.29 less amt pd |

☐ Restitution amount ordered pursuant to plea agreement  $ _____

☐ The defendant must pay interest on restitution or a fine more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☒ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

  ☒ the interest requirement is waived for the    ☐ fine    ☒ restitution.

  ☐ the interest requirement for the    ☐ fine    ☐ restitution is modified as follows:

---

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT:      BEUTLER, DAVID F.
CASE NUMBER:    CR00-214

# ADDITIONAL TERMS FOR CRIMINAL MONETARY PENALTIES

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Boeing Employees Credit Union, POB 97050<br>Seattle, WA 98124-9750 (Steve & Danielle Henrichs) | $106.63 | $106.63 | 1% |
| Group Health Credit Union, ATTN: Laura<br>POB 19340, Seattle, WA 98109<br>RE: 143-303-9830 | $1,275.00 | $1,275.00 | 9% |
| AT&T Universal, dba Citibank AT&T<br>Fraud Dept, 8787 Baypine Road<br>Jacksonville, FL 32256<br>RE: 5491-1301-8094-2625 | $14.60 | $14.60 | 1% |
| Unocal 76, ATTN: Doug Hegemier, Corporate Security<br>13707 S. Broadway, Los Angeles 90061<br>(Steve A. Williams, Jr.) | $50.00 | $50.00 | 1% |
| First USA Bank, ATTN: Restitution Payments<br>POB 15705, Wilmington, DE 19801<br>RE: 4417-1240-0923-8772 | $2,000.00 | $2,000.00 | 13% |
| Columbia Bank Credit Union<br>5210 74th Street West #B<br>Lakewood, WA 98499<br>RE: 4426-3010-0182-4580 | $382.34 | $382.34 | 1% |

* Findings for the total amount of losses are required by Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B   (Rev. 12/03) Judgment in a Criminal Case
Sheet 6 - Schedule of Payments

Judgment — Page __5__ of __5__

DEFENDANT: BEUTLER, DAVID F.
CASE NUMBER: CR00-214

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

[x] PAYMENT IS DUE IMMEDIATELY.  Any unpaid amount shall be paid:

- [x] During the period of imprisonment, pursuant to the Bureau of Prisons' Inmate Financial Responsibility Program.

- [ ] During the period of supervised release, in monthly installments amounting to not less than _____ % of the defendant's gross monthly household income, to commence 30 days after release from imprisonment.

- [ ] During the period of probation, in monthly installments amounting to not less than _____ % of the defendant's gross monthly household income, to commence 30 days after the date of this judgment.

[ ] The payment schedule above is the minimum amount that the defendant is expected to pay towards the monetary penalties imposed by the Court. The defendant shall pay more than the amount established whenever possible.

[ ] The defendant must notify the Court, the United States Probation Office, and the United States Attorney's Office of any material change in the defendant's financial circumstances that might affect the ability to pay restitution.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment.

All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to: United States District Court, Western District of Washington. For restitution payments, the Clerk of the Court is to forward money received to the party(ies) designated to receive restitution specified at page 3 and 4 of this Judgment.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

[ ] Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

[ ] The defendant shall pay the cost of prosecution.

[ ] The defendant shall pay the following court cost(s):

[ ] The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.